IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIRLEY CRAIG, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No. 4:08-CV-02317 |
| | : | |
| RITE AID CORPORATION and | : | (The Honorable John E. Jones, III) |
| ECKERD CORPORATION d/b/a | : | |
| RITE AID, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY IN
OPPOSITION TO PLAINTIFF'S MOTION FOR
<u>CONDITIONAL CERTIFICATION</u>**

For the reasons set forth in Defendants' accompanying Brief in Support, Defendants Rite Aid Corporation and Eckerd Corporation d/b/a Rite Aid (collectively "Defendants" or "Rite Aid") respectfully request leave of Court to file a Surreply in order to address newly submitted evidence and arguments raised for the first time in Plaintiff's Reply in Further Support of her Motion for Conditional Certification ("Plaintiff's Reply"). Defendants' Surreply is attached to this Motion as Exhibit A.

Date:  August 4, 2009

Respectfully submitted,

*s/     Brian P. Downey*
Daniel E. Turner
(Admitted *Pro Hac Vice*)
danturner@asherafuse.com
Scott M. Lenhart
(Admitted *Pro Hac Vice*)
scottlenhart@asherafuse.com
Kalin M. Light
(Admitted *Pro Hac Vice*)
kalinlight@asherafuse.com
**ASHE, RAFUSE & HILL LLP**
1355 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309-3232
Telephone: (404) 253-6000
Facsimile: (404) 253-6060

Brian P. Downey (PA 59891)
downeyb@pepperlaw.com
**PEPPER HAMILTON LLP**
Suite 200, 100 Market Street
P.O. Box 1181
Harrisburg, Pennsylvania 17108-1181
Phone: (717) 255-1155
Facsimile: (717) 238-0575

Attorneys for Defendants Rite Aid Corporation and Eckerd Corporation d/b/a Rite Aid

## **CERTIFICATE OF SERVICE**

 I, Daniel E. Turner, hereby certify that on August 4 2009, a true and correct copy of the foregoing document was filed through the Court's Electronic Case Filing (ECF) system and that the following individual is registered to receive electronic notice of same:

> Peter D. Winebrake, Esq.
> THE WINEBRAKE LAW FIRM, LLC
> 715 Twining Office Center, Suite 114
> 715 Twining Road
> Dresher, Pennsylvania 19025
>
> Fran L. Rudich, Esq.
> Jeffrey A. Klafter, Esq.
> KLAFTER OLSEN & LESSER LLP
> Two International Drive, Suite 350
> Rye Brook, New York 10573

 I further certify that a true and correct copy of the foregoing document was mailed via first-class U.S. mail (postage prepaid) to the following:

> Bradley Berger, Esq.
> BERGER & ASSOCIATES
> 321 Broadway
> New York, New York 10605

           *s/ Daniel E. Turner*