# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I, Patrick B. Brady, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Epstein Becker & Green, P.C.
One Gateway Center
Newark, New Jersey 07102

Office Telephone:   (973) 642-1900

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State of New York (May 1981)
State of New Jersey (April 1981)
U.S. District Court for the District of New Jersey (December 1980)
U.S. District Court for the Southern District of New York (April 1982)
U.S. District Court for the Eastern District of New York (April 1982)
U.S. District Court for the Northern District of New York (July 1982)
U.S. District Court for the Western District of New York (October 1982)
Second Circuit Court of Appeals (April 1989)
Third Circuit Court of Appeals (December 1988)

My attorney Identification number is: PB6513 (SDNY)

FIRM:15798868v1

| FOR COURT USE ONLY |
|---|
| _____ GENERAL ADMISSION: |
| BEFORE JUDGE_____ Date: _____ |
|      ___U.S. DISTRICT JUDGE  ___U.S. MAGISTRATE JUDGE |
| ✓ SPECIAL ADMISSION: |
| GRANTED ___[signature]_____ Date: 4-13-11 |
|      ✓U.S. DISTRICT JUDGE  ✓U.S. MAGISTRATE JUDGE |

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

    None.

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

    None.

I do _____, do not ✓, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain:

    None.

I am seeking:
    _____ General Admission under Local Rule LR 83.8.1

    ✓ Special Admission (specify by a check which rule) under

    ✓ LR 83.8.2.1   ___ LR 83.8.2.2   ___ LR 83.8.2.3 or   ___ LR 83.8.2.4