**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHIRLEY CRAIG | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 4:08-CV-02317 |
| | : | |
| RITE AID CORPORATION and | : | THE HONORABLE JOHN E. JONES, III |
| ECKERD CORPORATION d/b/a | : | |
| RITE AID | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL OF OPT-INS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's November 7, 2011 Order, Dkt. No. 472, the below-listed individuals, who filed consent to join forms in this matter, and Defendants Rite Aid Corporation and Eckerd Corporation d/b/a Rite Aid ("Defendants" or "Rite Aid"), by and through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of the claims asserted by the following individuals:

Lauren Aigeldinger
Douglas Black
Joshua Brown
John Scott Crowe
Clarence Ferguson
Nicole Ferretti
Jerry Garbinsky
Iris Hammel
Patty Hultz
Daniel McCord
Brandi Sullivan

So ORDERED and ENTERED this ___ day of _____, 2012.


_____
UNITED STATES JUDGE

Approved by:


*s/ Daniel E. Turner*
Daniel E. Turner
(admitted *Pro Hac Vice*)
daniel.turner@ogletreedeakins.com
Tracey T. Barbaree
(admitted Pro Hac Vice)
tracey.barbaree@ogletreedeakins.com
Beth A. Moeller
(Admitted *Pro Hac Vice*)
beth.moeller@ogletreedeakins.com
Justin M. Scott
(Admitted *Pro Hac Vice*)
justin.scott@ogletreedeakins.com
Bonnie C. Puckett
(Admitted *Pro Hac Vice*)
bonnie.puckett@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.**
One Ninety One Peachtree Tower
191 Peachtree Street, NE, Suite 4800
Atlanta, GA 30303
Telephone: (404) 881-1300
Facsimile: (404) 870-1732


Brian P. Downey (PA 59891)
PEPPER HAMILTON LLP
Suite 200, 100 Market Street

P.O. Box 1181
Harrisburg, PA 17108-1181
Telephone:  (717) 255-1155
Facsimile:  (717) 238-0575
Email:        downeyb@pepperlaw.com

*Attorney for Defendants*


*s/ Fran L. Rudich*
Fran L. Rudich
frudich@klafterolsen.com
Seth R. Lesser
seth@klafterolsen.com
Klafter Olsen & Lesser LLP
Two International Drive, Suite 350
Rye Brook, NY  10753
Telephone: (914) 934-9200
Facsimile: (914) 934-9222

Peter Winebrake
The Winebrake Law Firm, LLC
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
Telephone: (215) 884-2491
Facsimile: (215) 884-2492
E-Mail:  pwinebrake@winebrakelaw.com


*Attorneys for Plaintiff*