## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIRLEY CRAIG, *et al.*, | : | |
| | : | No. 4:08-cv-2317 |
| Plaintiffs, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| RITE AID CORPORATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### <u>ORDER</u>

### January 9, 2013

In our Memorandum opinion approving the final settlement of this class and collective action matter, the Court stated at pages 9 and 12 that as of the date of that writing, 1,961 claims forms had been submitted to the Claims Administrator. This number was taken from the papers filed on September 24, 2012 in support of final approval of the Settlement and represented the number of claims that had been submitted as of that time. The Court is in receipt of correspondence from Class Counsel, concurred in by counsel for Rite Aid, advising the Court that this number has increased more than two-fold since that time and that, as of January 8, 2013, 4,016 claims forms have been submitted. Because the references in our Memorandum to 1,961 claims substantially understate the class's participation in, and thus apparent approval of, the Settlement, we issue this Order to amend those

references.

### NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.    To the extent the Memorandum opinion entered January 7, 2013 (doc.

596) notes at pages 9 and 12 that 1,961 claims forms have been

submitted to the Claims Administrator as of that date, said

Memorandum is **AMENDED** at those pages to reflect the most

current numbers and indicate that, in fact, 4,016 claims forms have

been submitted to date.


<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge

2