UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| SHIRLEY CRAIG, et al. | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | No. 4:08-cv-02317-JEJ |
| | : | |
| RITE AID CORPORATION, *et al.* | : | |
| | : | |
| Defendants. | : | |

_____:

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW all Plaintiffs and Defendants, by and through their respective

counsel, and file this Stipulation of Dismissal with Prejudice pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties state as

follows:

1.      The Court gave preliminary approval to the Settlement of this action

on June 18, 2012.  (Dkt. No. 560.)

2.      On January 7, 2013, the Court gave final approval to the Settlement

Class and Settlement Agreement.  (Dkt. Nos. 597, 599.)

3.      Pursuant to the Court's final approval Order, the settlement funds

have been distributed to participating class members pursuant to the terms of the

Settlement Agreement.

Plaintiffs and Defendants agree that any and all claims in the above-captioned lawsuit are hereby dismissed with prejudice and without costs, provided, however, that the Court shall retain exclusive and continuing jurisdiction of the Action, all Parties, and Settlement Classes' members, to interpret and enforce the terms, conditions and obligations of the Settlement Agreement.

Respectfully submitted this 18th day of March, 2013.

| | |
|---|---|
| *s/ Seth R. Lesser* | *s/ Daniel E. Turner* |
| Seth R. Lesser (admitted pro hac vice) | Daniel E. Turner |
| Fran L. Rudich (admitted pro hac vice) | (admitted *Pro Hac Vice*) |
| Michael J. Palitz (admitted pro hac vice) | daniel.turner@ogletreedeakins.com |
| KLAFTER, OLSEN & LESSER LLP | Tracey T. Barbaree |
| Two International Drive, Suite 350 | (admitted *Pro Hac Vice*) |
| Rye Brook, New York 10573 | tracey.barbaree@ogletreedeakins.com |
| Telephone: (914) 934-9200 | Beth A. Moeller |
| | (Admitted *Pro Hac Vice*) |
| Peter Winebrake | beth.moeller@ogletreedeakins.com |
| R. Andrew Santillo | Bonnie Puckett |
| THE WINEBRAKE LAW FIRM, LLC | (Admitted *Pro Hac Vice*) |
| Twining Office Center, Suite 114 | bonnie.puckett@ogletreedeakins.com |
| 715 Twining Road | **OGLETREE, DEAKINS, NASH,** |
| Dresher, Pennsylvania 19025 | **SMOAK & STEWART, P.C.** |
| Telephone: (215) 884-2491 | One Ninety One Peachtree Tower |
| | 191 Peachtree Street, NE, Suite 4800 |
| *Attorneys for Plaintiffs* | Atlanta, GA 30303 |
| | Telephone: (404) 881-1300 |
| | Facsimile: (404) 870-1732 |
| | |
| | Brian P. Downey (PA 59891) |
| | **PEPPER HAMILTON LLP** |
| | Suite 200,100 Market Street |
| | Harrisburg, Pennsylvania 17108-1181 |
| | Telephone: (717) 255-1155 |
| | Facsimile: (717) 238-0575 |
| | Email: downeyb@pepperlaw.com |

3

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Daniel E. Turner, hereby certify that on March 18, 2013, a true and correct copy of the foregoing document was filed through the Court's Electronic Case Filing (ECF) system and that the following individual is registered to receive electronic notice of same:

Fran L. Rudich, Esq.
Seth R. Lesser, Esq.
Jeffrey A. Klafter, Esq.
KLAFTER OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, New York 10573

Peter D. Winebrake, Esq.
R. Andrew Santillo, Esq.
THE WINEBRAKE LAW FIRM, LLC
715 Twining Office Center, Suite 114
715 Twining Road
Dresher, Pennsylvania 19025

Michael A. Josephson, Esq.
FIBICH, HAMPTON & LEEBORN, LLP
1150 Bissonnet
Houston, Texas 77005

Katherine A. Stone, Esq.
Robert E. DeRose, Esq.
BARKAN NEFF HANDELMAN MEIZLISH, LLP
360 South Grant Avenue
Columbus, Ohio 43215

Lalena J. Turchi
Saul Roffe
Stark & Stark, P.C.
993 Lenox Drive
Princeton, New Jersey 08453-5315

Bradley Berger, Esq.
BERGER & ASSOCIATES

5

321 Broadway
New York, New York 10605

_s/ Daniel E. Turner_
Daniel E. Turner

12710364.1 (OGLETREE)