IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY CRAIG, *et al.*,           : | |
| : | No. 4:08-cv-2317 |
| Plaintiffs,         : | |
| : | Hon. John E. Jones III |
| v.                       : | |
| : | |
| RITE AID CORPORATION, *et al.*,   : | |
| : | |
| Defendants.       : | |

## ORDER

**AND NOW**, this 19th day of March, 2013, upon the Joint Stipulation of all parties hereto advising the Court that all settlement funds have been distributed to participating class members consistent with the terms of the approved Settlement Agreement, and upon assurances by counsel for all parties that the terms of the said Agreement have been fully satisfied, and with the full concurrence of all parties, it is **HEREBY ORDERED** that any and all claims in the above-captioned lawsuit are **DISMISSED** without prejudice and without costs, provided that the Court shall retain exclusive and continuing jurisdiction of the action and all parties to interpret or enforce the terms, conditions, and obligations of the Settlement Agreement. The Clerk of Court **IS DIRECTED** to **CLOSE** this case forthwith.

s/ John E. Jones III
John E. Jones III
United States District Judge