# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY CRAIG, *et al.*, : | |
| : | No. 4:08-cv-2317 |
| Plaintiffs, : | |
| : | Hon. John E. Jones III |
| v. : | |
| : | |
| RITE AID CORPORATION, *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 19th day of March, 2013, the Court having been advised by counsel for the parties that the dismissal of all claims against the Defendants as contemplated by the Settlement Agreement and our Order granting final approval to the same was intended to be a prejudicial dismissal, and to the extent our Order (doc. 618) entered on today's date reflects a dismissal of those claims without prejudice, it is **ORDERED** that the Order (doc. 618) issued on today's date is **AMENDED** to reflect a prejudicial dismissal of all claims against the Defendants. The Order remains unaltered in all other respects.

s/ John E. Jones III
John E. Jones III
United States District Judge
